FILED
May 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002608263

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>WILLIAM F. RAMOS and<br>WANDA J. RAMOS,<br><br><br><br><br>Debtors.<br>_____/ | Case No. 10-11345-A-7F<br><br>DC No. RHT-2<br><br>**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**<br><br>Date: June 9, 2010<br>Time: 9:00 a.m.<br>Dept: A |

Robert Hawkins, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on February 11, 2010. Robert Hawkins was appointed Chapter 7 Trustee on or about February 11, 2010.

3. Among the assets of the estate is a 2001 Freightliner Classic with Cottrell Trailer.

4. The Trustee wishes to sell the subject asset so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on June 26, 2010 at 9:00 a.m. at Highways 198 & 43, Hanford, California.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The Trustee is informed and believes that the property to be sold is not subject to any liens.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above to be held on June 26, 2010 at 9:00 a.m. at Highways 198 & 43, Hanford, California; and

2. For such other and further relief as the Court deems just and proper.

**DATED:** MAY 4, 2010

                                                  /S/
                                     ROBERT HAWKINS,
                                     Chapter 7 Trustee